Criminal Std  (6/13/2012)

HONORABLE: _____

DEPUTY CLERK _____ RPTR/ECRO/TAPE _____

USPO _____ INTERPRETER _____

TOTAL TIME: _____ hours _____ minutes

DATE: _____ START TIME: _____ END TIME: _____

### COURTROOM MINUTES

☐ IA-INITIAL APPEAR      ☐ BOND HRG          ☐ CHANGE OF PLEA      ☐ IN CAMERA HRG

☐ IA- RULE 5             ☐ DETENTION HRG     ☐ WAIVER/PLEA HRG        COMPETENCY HRG

☐ ARRAIGNMENT           ☐ PROBABLE CAUSE    ☐ EXTRADITION HRG        FORFEITURE

☐ CONFLICT HRG          ☐ EVIDENTIARY HRG   ☐ STATUS CONF            MOTION HRG


CRIMINAL NO. _____ DEFT # _____          _____

_____
AUSA

**UNITED STATES OF AMERICA**

vs                                         _____

                              Counsel for Defendant Ret ☐   CJA ☐   PDA ☐


☐ ....... Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED

☐ ...... ☐ Arrest Date (CT Case): _____ ☐ Case unsealed or ☐ Rule 5 arrest, _____ Dist of _____

☐ ...... CJA 23 Financial Affidavit filed ☐ under seal

☐ ...... Order Appointing Federal Public Defender's Office filed

☐ ...... Court appoints Attorney_____ to represent defendant for ☐ this proceeding only ☐ all proceedings

☐ ...... Appearance of _____ filed

☐ ...... ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of _____ filed

☐ ...... ☐ Information/Misdemeanor filed ☐ Sealed Information filed

☐ ...... ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed

☐ ...... ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed

☐ ...... Plea Agreement Ltr filed ☐ under seal     to be e-filed

☐ ...... Plea of ☐ not guilty ☐ guilty ☐ nolo contendere to count(s)_____ of the _____

☐ ...... Petition to Enter Guilty Plea filed                    (indict, superseding indict, info)

☐ ...... Defendant motions due _____ ; Government responses due _____

☐ ...... Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order

☐ ....... Hearing on Pending Motions scheduled for _____ at _____

☐ ...... Jury Selection set for _____ at _____

☐ ...... Remaining Count(s) to be dismissed at sentencing

☐ ...... Sentencing set for _____ at _____ ☐ Probation 246B Order for PSI & Report

☐ ...... Special Assessment of $_____ on count(s)_____. Total $_____ Due immediately   Pay at sentencing

☐ ...... Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT

☐ ...... Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT

☐ ...... Order of Detention filed

☐ ...... Deft ordered removed/committed to originating /another District of _____

☐ ...... No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed

☐ ...... Waiver of Rule 5 Hearing filed

☐ ...... Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT

☐ ...... Bond ☐ set at $_____ ☐ reduced to $_____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance

☐ ...... Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified

☐ ...... Defendant detained

☐ ...... _____ Hearing ☐ waived ☐ set for _____ ☐ continued until _____

☐ ...... Set Attorney Flag and notify Federal Grievance Clerk

                    ☐ SEE page II for ☐ conditions of bond ☐ additional proceedings

CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO.  A motion for any other travel with copies to the Govt and to USPO must be filed
and approved by the Court.

☐ ..... Deft must reside at _____

☐ ...... Deft must report to USPO _____ times a ☐ week ☐month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ...... Deft ☐ must surrender passport by 4:00 p.m. on _____; ☐ Must not apply for a passport.

☐ .......Deft must refrain from the possession of firearms or dangerous weapons.

☐ ...... Deft must maintain employment or actively seek employment.

☐ ...... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ...... as set forth in the Order Setting Conditions of Release

☐ ....... _____

_____

_____

_____

**ADDITIONAL PROCEEDINGS**

☐ ...... Deft's oral motion _____ ☐ granted ☐denied ☐advisement
☐ ......Deft's oral motion _____ ☐ granted ☐denied ☐ advisement
☐ .......Deft's oral motion _____ ☐ granted ☐denied ☐ advisement
☐ .......Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...... Govt's oral motion _____ ☐granted ☐ denied ☐advisement
☐ ...... Govt's oral motion _____ ☐ granted ☐denied ☐advisement
☐ ...... Govt's oral motion _____ ☐granted ☐ denied ☐advisement
☐ ...... Govt's oral motion _____ ☐ granted ☐ denied ☐advisement
☐ ...... #____ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...... #____ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...... #____ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...... #____ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ......_____ ☐filed ☐ granted ☐denied ☐ advisement
☐ ......_____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ......_____ ☐ filed ☐ granted ☐denied ☐advisement
☐ ......_____ ☐filed ☐ granted ☐denied ☐advisement
☐ ......_____ ☐ filed ☐ granted ☐denied ☐ advisement