UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2013 JUL 15  P 2: 32

-------------------------------x
                                :
UNITED STATES OF AMERICA        :
                                :
      v.                        :        CASE NO: 3:13CR128 (AWT)
                                :
PETER PICONE                    :
                                :
-------------------------------x

## SCHEDULING ORDER

1.    The defendant shall file any motions, such as motions to suppress, together with memoranda in support thereof, on or before August 5, 2013.   The Government shall file its responses to any such motions, together with supporting memoranda, on or before August 12, 2013.   The defendant shall file any reply to any such responses by no later than August 19, 2013.

2.    A hearing on any pending motions shall take place on September 3, 2013 at 2:00pm.   The Government shall, and the defendant may, submit proposed findings of fact and conclusions of law by no later than 12:00 noon on August 30, 2013.

3.    Jury selection shall take place on September 9, 2013 at 9:00 a.m.   The parties should be prepared to commence trial immediately thereafter. Proposed voir dire questions and proposed jury instructions shall be filed with the court and served on opposing counsel by no later than 5:00 p.m. on August 5, 2013.

4.    Any pretrial applications are to be referred to the chambers of Judge Thompson, absent exigent circumstances or

explicit authorization to the contrary.

5.   Courtesy copies of all documents filed in this action shall be submitted to the chambers of the undersigned at the United States Courthouse, 450 Main Street, Hartford, CT, 06103. Copies of all documents filed in this action relating to questions of pretrial release or detention shall also be submitted directly to the U.S. Probation Office at 450 Main Street, Hartford, CT 06103.

6.   This schedule may be altered only by a superseding order of the court upon a showing that the ends of justice are served thereby and that they outweigh the interest of the public and the defendant in a speedy trial.

7.   Any motion by the defendant for a continuance shall be accompanied by a waiver of rights under the Speedy Trial Act, Title 18, United States Code, Section 3161, et seq., and the speedy trial provisions of the Sixth Amendment of the United States Constitution.   In the event the court grants any application by the defendant for a continuance, and a waiver of rights is not provided to the court, the Government shall submit a proposed form of order excluding time from computation under the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h).

It is so ordered.

Dated at Hartford, Connecticut this 15th day of July, 2013.

                                    /s/ DFM
                                Donna F. Martinez
                        United States Magistrate Judge