UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NOTICE REGARDING DESIGNATION OF CASE INTO ELECTRONIC FILING
SYSTEM AND ELECTRONIC FILING OF PAPERS

Effective June 9, 2006, all criminal cases assigned to the Hon. Alvin W. Thompson are designated as electronically filed ("e-filed") cases subject to the enclosed Electronic Filing Order. All pleadings, with the exception of sealed documents, will be required to be filed electronically. Counsel are hereby notified that the procedures contained in the District's CM/ECF Policies and Procedures Manual as well as Judge Thompson's Electronic Filing Order apply. All activity in the case (e.g., pleadings, orders, notices and calendars) will be filed/sent electronically from that date forward.

Any requests for an exemption to such designation must be filed within 10 days of appearing and will be considered for good cause hardship reasons only. If counsel believe that this case should not be designated as an e-filed case, or if doing so would present an undue burden on counsel or the parties, you must advise the court of the same by filing a pleading seeking to be exempt. (Such a request may be filed non-electronically.)

Attorneys are advised to participate in the training program offered by the Clerk's Office or to use the CM/ECF Tutorial on our website (www.ctd.uscourts.gov/cmecf) to become familiar with the system. Counsel, if not already registered, are required to submit a registration request and obtain an electronic filing login and password from the Clerk's Office. The registration forms and electronic filing policies are available on the court's website at www.ctd.uscourts.gov/cmecf.

FOR THE COURT
ROBIN D. TABORA, CLERK

3/1/13

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

## ELECTRONIC FILING ORDER IN CRIMINAL CASES

The parties shall file all documents in this case electronically.   Counsel must comply with the following requirements:

1.  Counsel must comply with all applicable Federal Rules of Criminal Procedure, the District's Local Rules, the requirements set forth in the District's CM/ECF Policies and Procedures Manual, and any other rules and administrative procedures which implement the District's CM/ECF system.

2.  Documents filed electronically must be filed in OCR text searchable PDF format.

3. Unless otherwise ordered, on the business day next following the day on which a document is filed electronically, counsel must provide chambers with one paper copy of the following e-filed documents:

All documents  (including briefs and exhibits) relating to the following:

a.    Motions to dismiss;
b.    Motions to suppress;
c.    Requested jury instructions;
d.    Motions to modify presentence reports;
e.    Sentencing memoranda;
f.    Trial briefs; and
g.    Any other motion, request or application which, taken together with all related filings (e.g., memorandum in support and affidavits), are in excess of 15 pages.

It is So Ordered.

/s/ Alvin W. Thompson
United States District Court Judge

Rev 3/1/13