UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Crim. No. 3:13CR00128(AWT) |
| v. | : | |
| | : | |
| PETER PICONE, | : | |
| | : | |
| Defendant. | : | October 1, 2013 |
| | : | |

**UNITED STATES' RESPONSE TO DEFENDANT'S MOTION
FOR APPOINTMENT OF TWO COUNSEL
<u>UNDER THE CRIMINAL JUSTICE ACT</u>**

The United States, through the undersigned Assistant United States Attorney and

Department of Justice Trial Attorneys, hereby responds to the Defendant's Motion requesting

that the Court appoint Attorney Todd Bussert under the Criminal Justice Act as co-counsel to the

Office of the Federal Defender in the above-cited matter.  The United States has no objection to

the motion being granted by the Court.

As to the Defendant's counsel experiencing difficulty reviewing a subset of electronically

scanned documents, the United States notes that it has furnished the best available quality

documents to the Defendant, and will continue to make the original documents available for

inspection.  The United States, just like the Defendant, has had to conduct a manual review of

these documents.

Respectfully submitted,

DEIRDRE M. DALY
ACTING UNITED STATES ATTORNEY


_/s/ Kendra Ervin_____
KENDRA ERVIN (phv06080)
TRIAL ATTORNEY
United States Department of Justice
Computer Crime & Intellectual Property Section
Criminal Division
1301 New York Avenue NW
Washington, DC 20530
(202) 514-1026

CAROL SIPPERLY
TRIAL ATTORNEY
United States Department of Justice
Fraud Section, Criminal Division
1400 New York Avenue NW
Washington, DC 20530
(202) 514-7023

EDWARD CHANG (ct26472)
ASSISTANT U.S. ATTORNEY
United States Attorney's Office
157 Church Street, 25th floor
New Haven, CT 06510
(203) 821-3700

2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

 /s/ Kendra Ervin
KENDRA ERVIN
D.O.J. TRIAL ATTORNEY

3