AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    13-cr-128 (AWT) |
| Peter Picone | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States                                                          .

Date:    05/02/2014

*Attorney's signature*

Evan Williams -- N.Y.S. #2848661
*Printed name and bar number*

Computer Crime & Intellectual Property Section
U.S. Dept. of Justice
1301 New York Av., N.W., Ste. 600
Washington, D.C. 20530
*Address*

evan.williams@usdoj.gov
*E-mail address*

(202) 307-0135
*Telephone number*

(202) 514-6113
*FAX number*