UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

UNITED STATES OF AMERICA                :

2014 JUN -3 P 4: 26

v.                                      :      CASE NO. 3:13CR128 (AWT)

US DISTRICT COURT
HARTFORD CT

PETER PICONE                            :

## CONSENT FORM

The defendant, Peter Picone, having applied for permission to enter a plea of guilty, hereby consents to have a United States Magistrate Judge hear the application and to administer the allocution pursuant to F.R.Crim.P., Rule 11.

Defendant: _____    6/3/14
                                               Date

Attorney for Defendant: _____    6/3/14
                                               Date

Attorney for Government: _____    6/3/14
                                               Date