UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2014 JUN -3 P 4: 26

US DISTRICT COURT
HARTFORD CT

UNITED STATES OF AMERICA      :

         :

  v.               :    Criminal No. 13CR 128 (AWT)

Peter Picone        :

### PETITION TO ENTER PLEA OF GUILTY
### PURSUANT TO RULES 10 AND 11 OF
### THE FEDERAL RULES OF CRIMINAL PROCEDURE

The above-named defendant respectfully petitions this Court to permit him/her to plead "GUILTY" to Count(s) ___Two (2)___ of the Indictment/~~Information~~ in Criminal No. _13-cr-128-AWT_ (AWT).

The following is my own statement as to what occurred, which shows that I am, in fact, guilty of each charge to which I am now offering to plead "Guilty." [Defendant must set forth, in his/her own handwriting, or through an interpreter, his/her own statement as to each count with which he/she is charged. Use additional sheets if necessary and attach to this petition.]

_I, Peter Picone Stipulate to the factual account Contained in the Plea Agreement filed today with the Court._

-2-

I declare that I offer my plea of "GUILTY" freely and voluntarily and of my own accord. I also declare that my attorney has explained to me, and I understand, the statements set forth in the Indictment/~~Information~~ and in this petition and in the "Certificate of Counsel" attached to this petition.

-3-

I request that the Court enter now my plea of "GUILTY" as set forth above in reliance upon my statements in this petition.

Signed by me in open court in the presence of my attorney at Hartford, Connecticut, this ___3d___ day of ___June___, 2014.

_____
Defendant

-4-

## CERTIFICATE OF COUNSEL

The undersigned, as attorney and counselor for the defendant, _JEFFREY DENNER_ , hereby certifies as follows:

(1)   I have read and fully explained to the defendant all the accusations against the defendant which are set forth in the Indictment/Information in this case;

(2)   To the best of my knowledge and belief each statement set forth in the foregoing petition is in all respects accurate and true;

(3)   The plea of "GUILTY," as offered by the defendant in the foregoing petition, accords with my understanding of the facts as related to me by the defendant, and is consistent with my advice to the defendant;

(4)   In my opinion, the defendant's waiver of the reading of the Indictment/Information in open court, and of all further proceedings upon arraignment as provided in the Federal Rules of Criminal Procedure, is voluntarily made; the defendant understood what he/she was doing when he/she waived the reading; and I recommend to the Court that the waiver be accepted by the Court;

(5)   In my opinion the plea of "GUILTY," as offered by the defendant in the foregoing petition, is voluntarily and understandingly made, and I recommend to the Court that the plea of "GUILTY" be now accepted and entered on behalf of the

defendant as requested in the defendant's petition;

(6)   I have read and understood and explained to the defendant all the provisions of Rules 10 and 11 of the Federal Rules of Criminal Procedure, and I believe the defendant understands the substance of both of those Rules;

(7)   I have caused a copy of the foregoing petition, completed by the defendant, to be delivered to the Assistant United States Attorney in charge of this case prior to the parties' appearance in court at the plea proceeding.

Signed by me in open Court and in the presence of the defendant above named at Hartford, Connecticut, this 3d day of June , 2014.

_____
Attorney for the Defendant

 O R D E R

Good cause appearing from the foregoing petition of the defendant above named and the certificate of his counsel, and from all proceedings heretofore had in this case, it is hereby ORDERED that the petition be granted and that the defendant's plea of "GUILTY" be accepted and entered as prayed in the defendant's petition and as recommended in the certificate of his counsel.

Done in open court in Hartford, Connecticut, this 3rd day of June , 2014.

/s/ DFM

Donna F. Martinez
United States Magistrate Judge