UNITED STATES DISTRICT COURT    **FILED**

DISTRICT OF CONNECTICUT    2014 JUN -3 P 4: 25

UNITED STATES OF AMERICA    :    US DISTRICT COURT
                                  HARTFORD CT

    v.    :    CASE NO. 3:13CR128 (AWT)

PETER PICONE    :

### FINDING AND RECOMMENDATION ON A PLEA OF GUILTY

Following referral of the above-captioned matter to me by Judge Alvin W. Thompson, with the written consent of the defendant, counsel for the defendant and counsel for the United States, and following a hearing held in open court and on the record, on the basis of the petition the defendant has signed in open court; the certificate of defendant's counsel attached to that petition and also signed in open court; the answers given by the defendant under oath, on the record, and in the presence of counsel; and the remarks of the Assistant United States Attorney, I

(1)  FIND that the defendant is competent to plead, that defendant knows his right to trial, that he knows what the maximum possible sentence is, [and what the mandatory minimum sentence or minimum period of supervised release is] [and that the sentencing guidelines apply; that there is a factual basis for the defendant's plea, [that he has knowingly and intelligently waived his right to proceed by indictment]; and that the plea of guilty by this defendant has been knowingly and voluntarily made and not coerced,

-2-

and (2) RECOMMEND to Judge Thompson that the defendant's plea of guilty be accepted.

It is so ordered.

ENTERED at Hartford, Connecticut, this ___3rd___ day of ___June___, 2014.

/s/ DFM

_____
Donna F. Martinez
United States Magistrate Judge