UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA          :

   v.                             :          CASE NO. 3:13CR128 (AWT)

PETER PICONE                      :

ORDER ACCEPTING MAGISTRATE JUDGE'S FINDINGS

1.  I hereby accept and adopt the Magistrate Judge's finding that the plea of guilty by this defendant has been knowingly and voluntarily made and the recommendation that the defendant's plea of guilty should be accepted.  Accordingly, a finding of guilty shall enter forthwith, and the case is referred to the United States Probation Office for the preparation of a presentence report.

2.  The defendant shall appear for sentencing on    August 22, 2014 @ 10:00 a.m.   , in the south courtroom at the United States Courthouse, 450 Main Street, Hartford, Connecticut.

3.  The presentence report shall be disclosed to the defendant, counsel for defendant, and the government by no later than    July 11, 2014   .  Counsel shall then have five (5) days in which to communicate to the probation officer any objections they may have as to any material information, sentencing classifi-cations, sentencing guideline range, and policy statements in the report.  The second or final version of the presentence report must be disclosed to counsel and to the court by no later than    August 4, 2014   .

-2-

It is so ordered.

ENTERED at Hartford, Connecticut, this 4th day of May, 2014.


                                              /s/ AWT
                                              Alvin W. Thompson
                                  United States District Judge