FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

US DISTRICT COURT
HARTFORD CT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 13-cr-128-AWT |
| | : | |
| PETER PICONE, | : | |
| | : | |
| Defendant. | : | |

## CONSENT ORDER OF FORFEITURE

**WHEREAS**, a written plea agreement was filed with this Court and signed by defendant **PETER PICONE**, and his counsel, Mr. Jeffrey A. Denner, Esq., in which defendant Picone agreed to plead guilty to count ~~four~~ two of the Indictment, which charged the felony offense of **Conspiracy to Traffic in Counterfeit Military Goods**, in violation of Title 18, United States Code, Section 2320(a);

**WHEREAS**, in the written plea agreement filed with this Court, defendant Picone also agreed to the forfeiture of property, that is, (i) specific property, namely, 12,960 integrated circuits bearing counterfeit marks which were seized from his residence in Methuen, Massachusetts during the execution of a search warrant on April 24, 2012, and (ii) a money judgment in favor of the United States of America for a sum of money in the amount of seventy thousand and fifty dollars, and no cents ($70,050.00), which are equal to the value of: (a) any article, the making or trafficking of which is prohibited by Title 18, United States Code, Section 2320(a); (b) any property used, or intended to be used in any manner or part to commit or facilitate the offense alleged in count ~~four~~ two of the Indictment, **Conspiracy to Traffic in Counterfeit Military Goods**, in violation of Title 18, United States Code, Section 2320(a); and (c) any and all property, real or personal, which constitutes or is derived from proceeds obtained directly or indirectly, as the result of the offense alleged in count ~~four~~ two of the Indictment, **Conspiracy to Traffic in**

**Counterfeit Military Goods**, in violation of Title 18, United States Code, Section 2320(a), which property is subject to forfeiture pursuant to Title 18, United States Code, Section 2323;

*WHEREAS*, pursuant to Fed.R.Crim.P. 32.2(b)(2), this Court determines, based on the evidence set forth during the defendant's plea hearing, that entry of an order for the forfeiture of (i) specific property, namely, 12,960 integrated circuits bearing counterfeit marks which were seized from his residence in Methuen, Massachusetts during the execution of a search warrant on April 24, 2012, and (ii) a money judgment in favor of the United States of America for a sum of money in the amount of seventy thousand and fifty dollars, and no cents ($70,050.00), which are equal to the value of (a) any article, the making or trafficking of which is prohibited by Title 18, United States Code, Section 2320(a); (b) any property used, or intended to be used in any manner or part to commit or facilitate the offense alleged in count ~~four~~ two of the Indictment, **Conspiracy to Traffic in Counterfeit Military Goods**, in violation of Title 18, United States Code, Section 2320(a); and (c) any and all property, real or personal, which constitutes or is derived from proceeds obtained directly or indirectly, as the result of the offense alleged in count ~~four~~ two of the Indictment, **Conspiracy to Traffic in Counterfeit Military Goods**, in violation of Title 18, United States Code, Section 2320(a), which property is subject to forfeiture pursuant to Title 18, United States Code, Section 2323, is appropriate insofar as this property is subject to forfeiture pursuant to Title 18, United States Code, Section 2323, and that the Government has established the requisite connection between that amount and the violation of Title 18, United States Code, Section 2320(a);

2

*NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED*:

1.      That the following property is declared forfeited to the United States, pursuant to Title 18, United States Code, Section 2323:

(a)      Specific Property

12,960 integrated circuits bearing counterfeit trademarks which were seized from the defendant's residence in Methuen, Massachusetts during the execution of a search warrant on April 24, 2012, which constitute articles, the making or trafficking of which are prohibited by Title 18, United States Code, Section 2320(a); and

(b)      Money Judgment:

(i) judgment in favor of the United States of America for the sum of money in the amount of seventy thousand fifty dollars, and no cents ($70,050.00), which is equal to the value of any and all property, real or personal, which constitutes or is derived from proceeds obtained directly or indirectly, as the result of the offense alleged in count ~~four~~ two of the Indictment, **Conspiracy to Traffic in Counterfeit Military Goods**, in violation of Title 18, United States Code, Section 2320(a).

2.      The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

3

3.     That pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall become final as to the defendant **PETER PICONE** at the time of sentencing, and shall be made part of the sentence and included in the judgment.

4.     The Clerk of the Court shall forward four certified copies of this Order to Carol Sipperly, Special Assistant United States Attorney, Connecticut Financial Center, 157 Church Street, 25th Floor, New Haven, Connecticut 06510.

Dated this __1st__ day of __July__, 2014.

/s/ Alvin W. Thompson, USDJ

THE HONORABLE ALVIN W. THOMPSON
UNITED STATES DISTRICT COURT JUDGE

WE ASK FOR THIS:

/s/ Deirdre M. Daly
DEIRDRE M. DALY
UNITED STATES ATTORNEY

By: _____ Fм  CAROL SIPPERLY _____
CAROL SIPPERLY
Special Assistant United States Attorney
Connecticut Financial Center
157 Church Street, 25th Floor
New Haven, Connecticut 06510.

_____
EVAN WILLIAMS
Department of Justice, Criminal Division
Senior Counsel, Computer Crime and Intellectual Property Section
1301 New York Avenue, N.W., Ste. 600
Washington, D.C. 20530

_____
PETER PICONE

_____
JEFFREY A. DENNER, ESQ.
J. A. Denner & Associates, P.C.
4 Longfellow Place, 35th Floor
Boston, Massachusetts 02114

5