UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 3:13-cr-00128-AWT |
| PETER PICONE,  Defendant. | |

### ASSENTED-TO MOTION TO CONTINUE SENTENCING

The defendant, Peter Picone ("the defendant"), by and through undersigned counsel, hereby respectfully moves this Honorable Court to continue the defendant's sentencing hearing, and all attendant intervening filing deadlines[1], twenty-eight (28) days from its currently scheduled date of Friday, August 22, 2014, to Friday, September 19, 2014, or a date thereafter convenient to the Court and counsel. As grounds, the defendant avers and states that his undersigned counsel has been on trial in United States District Court for the District of Massachusetts in the matter of United States v. O'Brien, et al., No. 4:12-cr-40026-WGY, since May 5, 2014. O'Brien is expected to continue through at least the end of July 2014. Given the trial schedule in O'Brien and other intervening matters, undersigned counsel has not yet been able to schedule a viable date for the defendant's PSR interview. As such, he respectfully requests a brief continuance to facilitate the PSR interview, to timely draft and file any objections to the resulting PSR, and to prepare a memorandum in aid of sentencing.

---

[1] I.e., the respective filing deadlines for the Presentence Investigation Report (PSR) disclosure, PSR objections, and sentencing memoranda.

The United States, by and through AUSA Evan Williams, assents to the granting of the requested continuance, as does USPO Avi Aponte.  On information and belief, the requested brief continuance will not prejudice either the Court or the United States, and is in the interests of justice.

The defendant agrees to waive any and all intervening time from the date of his original sentencing hearing to the prospective rescheduled sentencing date in September 2014 for purposes of Speedy Sentencing as governed by the Fifth Amendment to the United States Constitution and Fed. R. Crim. P. 32.

WHEREFORE, the defendant respectfully moves this Honorable Court to continue his sentencing hearing from its currently scheduled date of Friday, August 22, 2014, to Friday, September 19, 2014, or a date thereafter convenient to the Court and counsel.

Dated: July 9, 2014

Respectfully submitted,
PETER PICONE
By and through his attorneys,

 /s/ *Jeffrey A. Denner*
Jeffrey A. Denner, MA BBO#120520
*Pro Hac Vice* Counsel
J. A. Denner & Associates, P.C.
Four Longfellow Place, 35th Floor
Boston, Massachusetts 02114
Tel.    617.227.2800
Fax.    617.973.1562
jdenner@dennerlaw.com

 /s/ *V. Van Johnson III*
V. Van Johnson III, CT Juris No. 424270
Raipher D. Pellegrino Associates, P.C.
265 State Street
Springfield, MA 01103
Tel.    413.746.4400
vvj@rdpalaw.com

**Certificate of Service**

I, V. Van Johnson, III, hereby certify that on this the 9th day of July 2014, I caused a true copy of the foregoing *Motion to Continue Sentencing* to be served upon all necessary parties to this matter by virtue of electronically filing the same via the CM/ECF system.

 /s/ *V. Van Johnson, III*
V. Van Johnson, III