**ATTACHMENT A**

| Manufacturer (OEM) | Restitution Amount |
|---|---:|
| Advanced Micro Devices | $83,169.70 |
| Agilent Technologies | $18,600.56 |
| Allegro Microsystems, LLC | $137,014.31 |
| Altera Corporation | $170,755.32 |
| Analog Devices, Inc. | $184,296.90 |
| Atmel Corporation | $53,753.10 |
| Conexant | $2,000.00 |
| Cypress Semiconductor | $151,788.50 |
| Epson Electronics America, Inc. | $341.67 |
| Exar Corporation (counterfeit Sipex products) | TBD (part price N/A) |
| Fairchild Semiconductor Corporation | $23,556.93 |
| Freescale Semiconductor (Motorola) | $196,454.48 |
| Golden King Tech LTD | N/A |
| Harris | $33,245.75 |
| Hitachi | $10,314.46 |
| Intel Corporation (Chips and Technologies LLC) | $100,849.72 |
| Intersil Corporation (Xicor) | $144,402.52 |
| Linear Technology | $33,565.50 |
| Linfinit (Probably Defunct) | N/A |
| Maxim Integrated (Dallas Semiconductor) | $63,976.35 |
| NEC Corporation of America (Nippon Electric Company) | $32,288.10 |
| ONSemiconductor | $13,586.00 |
| NXP Semiconductors (Philips) | $162,210.83 |
| RFMD, Inc. (Micro Linear Corp) | $21,373.00 |
| Seagate | $18,992.40 |
| Sharp | $6,024.00 |
| Shengbang Microelectronics | N/A |
| Texas Instruments Inc. (Burr Brown & National Semiconductor) | $459,887.59 |
| Toshiba America Electronic Components, Inc. | $63,073.00 |
| Xilinx, Inc. | $143,344.60 |
| Zilog Inc. | $31,457.51 |
| TOTAL | $2,360,322.80 |