# EXHIBIT 4B

**PATRICK BARBIER, M.D**
21 Storey Avenue
Newburyport, MA 01950

**Picone, Peter**
41 Y old Male DOB: 04/13/1973
Account Number: 14709
1131 essex st lawrence, MA-01841
Home: 978-914-2806
Guarantor: Picone, Peter   Insurance: Medicaid Unysis
Payer ID: SKMA0
Appointment Facility: Dr Patrick Barbier

11/04/2014

Progress Notes: Patrick P. Barbier, M.D.

### Current Medications
Taking clonazepam 1 mg tablet 1 tab(s) QD
Taking Celexa 40 mg tablet 1 tab(s) once a day
Medication List reviewed and reconciled with the patient

### Active Problem List
530.81 GERD [Gastroesophageal reflux disease]
309.1 PROLONG DEPRESSIVE REACT
300.02 GENERALIZED ANXIETY DIS
V70.0 ROUTINE MEDICAL EXAM
300.21 Agoraphobia of open spaces, with panic attacks
278.01 Morbid obesity

### Past Medical History
Anxiety

### Surgical History
r shoulder surgery 2010
CTS
left shoulder 9/14

### Family History
Father: alive, diagnosed with Heart Disease
Mother: alive, diagnosed with Diabetes
4 sister(s) - healthy.

### Social History
Smoking status: former smoker.
Exercise: yes.
Marital status: Married.
Alcohol: binge drinking.
Sexually active: yes.
no Travel outside US.
Occupation: purchasing.
Occup. exposure: none.

### Allergies
N.K.D.A.

### Hospitalization/Major

### Reason for Appointment
1. Wants meds for panic dissorder
2. pt seen by our office times two for complaint of panic disorder has been asked to get psychiatric Follow up he is looking to go on disability for psychiatric reasons

### Vital Signs
02 sat 99, Temp 94.3, HR 88, BP 110/80, Ht 65.5, Wt 223, BMI 36.54.

### Examination
General Examination:
   Heart: RSR, normal S1S2.
   Lungs: clear to auscultation.
   Neurologic Exam: normal cranial nerves II-XII sensory & motor WNL, DTR 2 plus.

### Assessments
1. Agoraphobia of open spaces, with panic attacks - 300.21 (Primary)
2. PROLONG DEPRESSIVE REACT - 309.1
3. Morbid obesity - 278.01

### Treatment
1. **Agoraphobia of open spaces, with panic attacks**
Notes: he states he has alot of pb with going out of the house
we will fax notes he is going to Dr Thomas Wong fax 617 419 1051 as soon as we get a release.

### Follow Up
prn

Electronically signed by Patrick Barbier MD, MD on 03/26/2015 at 01:54 PM EDT

Sign off status: Pending

**Diagnostic Procedure**
for depression

**Review of Systems**
patient seen to day with anxiety he has pb with breathing . Patient has agooraphobia it is in his family. he is also a veteran from desert shield in Irac
Patient will be seen in the office of neurolgy in Northeast neurology.in lawrence and in boston.

Dr Patrick Barbier
21 Storey Avenue
Newburyport, MA 019501848
Tel: 978-462-0515
Fax: 978-462-3217

Patient: Picone, Peter   DOB: 04/13/1973   Progress Note: Patrick P. Barbier M.D.   11/04/2014

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)