UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Docket No. 3:13cr128 (AWT) |
| PETER PICONE | : | |

## **APPEARANCE**

To the Clerk of this Court and all parties of record:

I respectfully request that you enter my appearance as counsel in this case for the United States of America.

Date: September 16, 2015

                                                Respectfully submitted,

                                                DEIRDRE M. DALY
                                                UNITED STATES ATTORNEY

                                                SARALA V. NAGALA
                                                ASSISTANT U.S. ATTORNEY
                                                Federal Bar No. phv05529
                                                157 Church Street, 25th Floor
                                                New Haven, CT 06510
                                                Sarala.Nagala@usdoj.gov

CERTIFICATE OF SERVICE

       I hereby certify that on September 16, 2015, a copy of the foregoing document was served via CM/ECF. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Sarala V. Nagala
Assistant U.S. Attorney