Crim-Sent (8/11/11)

HONORABLE: Alvin W. Thompson

DEPUTY CLERK L. S. Ferguson    RPTR/ECRO/TAPE C. Thompson

TOTAL TIME: _____ hours 45 minutes    USPO A. Aponte    INTERPRETER _____

DATE: 10/6/15    START TIME: 4:07 pm    END TIME: 4:52 pm

RECESS (if more than ½ hr)    FROM: _____    TO: _____

CRIMINAL NO. 3:13-cr-00128-AWT    Deft #1

UNITED STATES OF AMERICA
vs

PETER PICONE

Evan Charles Williams,  Sarala Vidya Nagala

AUSA

Jeffrey A. Denner

Defendant's Counsel

## SENTENCING

☒...........    ☐Sentencing held ☐ Sentencing continued until _____ at _____
☐...........    Deft failed to appear, Bench Warrant to issue
☐...........    Court departs ☐ Upward from the guidelines ☐ Downward from the guidelines
☒...........    37 month(s) imprisonment on Count(s) 2 of the ☐superseding ☒indictment ☐information
&____months(s) imprisonment on Count(s) _____ of the ☐superseding ☐indictment ☐information
☐...........    Sentence on Count(s) _____ shall run ☐ concurrently ☐ consecutively ☐ to sentence
imposed on Count(s) _____ ☐ to state sentence
☐...........    Deft shall get credit for time served on Count(s) _____
☒...........    Upon release the defendant shall be on supervised release for a term of 36* months
☐...........    Deft placed on probation for a period of _____ years on Count(s) ____ of the _____
☐...........    Government's motion for Final Order of Forfeiture ☐ Filed ☐ Granted ☐ Denied
☐...........    Preliminary Order of Forfeiture is outstanding
☒...........    Amended Consent Final Order of Forfeiture filed
☐...........    Deft shall pay a fine of $ _____ on Count(s) _____ to be paid by _____
☐in installments of $ _____ per _____ for a total of $ _____
☒...........    A Special Assessment of ☐ $25 ☐ $50 ☒ $100 is imposed as to ☒each of Count(s) 2 for
a total of $ 100.00    ☒to be paid immediately
☒...........    Court recommends incarceration at Camp at FMC Devens
☐...........    Deft shall pay $ _____ per month for the cost of ☐incarceration ☐supervised release
☐community confinement (halfway house)
☒...........    Deft ordered to surrender on Nov. 9, 2015 to ☐U.S. Marshal ☒ institution
☐...........    Bond ☐continued ☐ set at $ _____
☐...........    Deft remanded to the custody of the U.S. Marshal
☒...........    Govt's ☒oral motion to dismiss remaining counts ☐ Filed ☒ Granted ☐ Denied ☐ To be filed
☐...........    Govt's ☐oral motion for acceptance of responsibility ☐ Filed ☐ Granted ☐ Denied
☐...........    PSI filed under seal ☐ If not appealed, PSI may be unsealed & returned to USPO
☐...........    Deft shall participate in the 500 hour drug rehabilitation treatment program
☒...........    * Supervised Release shall be in the District of Massachusetts because he is a resident of that district.

☒SEE CONDITIONS OF SUPERVISED RELEASE/PROBATION ON PAGE II

**CONDITIONS OF ☒ SUPERVISED RELEASE ☐ PROBATION**

☒.......... Mandatory conditions: 1, 2, 4, 6 & 8          ☒ Standard Conditions

☒.......... Deft shall pay restitution in the amount of $ 352,076.00          payable at the rate of $ 300.00
per month ☒ payable to  the victims of the offense. Restitution Order to be entered in this case.          .

☐.......... Deft shall be fined $_____ on Count(s) _____ to be paid during the defendant's
period of ☐ Supervised Release ☐ Probation ☐ on schedule determined by USPO.

☒.......... Deft shall obtain a psychiatric and/or psychological evaluation and/or ☐ in-patient ☒ out- patient
counseling as deemed necessary by USPO.

☐......... Deft shall obtain substance abuse treatment & testing ☐ in-patient ☐ out-patient counseling as
deemed necessary by USPO.

☒.......... Deft shall pay some or all of the costs of substance abuse and/or mental health treatment if
determined appropriate by USPO.

☒.......... Deft shall submit to random urine testing & monitoring as deemed necessary by USPO.

☐.......... Deft shall receive educational and/or vocational training as deemed necessary by USPO.

☐.......... Deft shall pay the cost of supervision of $_____ per month.

☐.......... Deft shall perform community service for a period of _____ hours per week for
_____ year(s) for a total of _____ hours.

☐.......... Defendant shall obtain & maintain full employment.

☐.......... Deft shall have no association with or be in the presence of, use, fabrication, assembly, transfer or
dealing with weapons/firearms of any kind.

☐........... Deft is confined to his/her home for a period of _____ months ☐ with ☐ without electronic
monitoring.

☐........... Deft shall pay the cost of electronic monitoring.

☐........... Deft is sentenced to community confinement (halfway house) for a period of _____ months.

☐........... During the period of house arrest, the defendant shall be home at all times except for employment,
religious obligations, medical attention, and community service. Defendant shall engage in no
social activities with the exception of those exclusively family oriented.

☐........... Deft shall have no involvement nor relationship with nor be in the presence of any person who
uses, deals with, or distributes drugs, nor shall he/she be in the presence of any actual usage of,
dealing in or distribution of drugs of any nature.

☐........... If Deft is deported, the defendant shall not reenter the United States without prior written
permission from the Secretary of the Department of Homeland Security.

☐.......... Deft shall not incur new credit card charges or open additional lines of credit without the
permission of the probation officer until the defendant's criminal debt obligation is paid.

☒........... Deft shall provide the probation officer with access to requested financial information.

☐........... _____

_____

_____

_____