UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:13-cr-00128 (AWT) |
| | : | |
| v. | : | |
| | : | |
| PETER PICONE | : | January 6 , 2016 |

## JOINT MOTION TO MODIFY RESTITUTION

The government and the defendant Peter Picone ("Picone") jointly move the Court to reduce the total restitution amount ordered in the above-captioned case from $352,076 to $325,088.  The basis for the parties' application is as follows.

On October 6, 2015, the Court sentenced Picone following his plea of guilty to Count Two of the above-captioned indictment, charging him with conspiracy to traffic in counterfeit military goods, in violation of Title 18, United States Code, Section 2320(a)(3).  Pursuant to that judgment, *see* ECF Doc. No. 99, the Court ordered Picone to pay a total of $352,076 in restitution to the victims of his criminal conduct.  *Id*. at 2.  That figure, to which the parties stipulated on the record during the first day of the sentencing proceeding, August 14, 2015, represented the lost sales of genuine integrated circuits (ICs) by the defendant's victims – either potential sales to Picone himself, who bought counterfeit ICs instead, or sales to Picone's customers, who purchased counterfeit ICs from Picone instead of genuine ICs from the victims. *See United States v. Milstein*, 481 F.3d 132, 136-37 (2d Cir. 2007) (finding, in criminal trademark prosecution, that restitution should be based on the rights holders' "lost sales," as provided in the civil trademark provisions of the Lanham Act, 15 U.S.C. § 1117(a)(1)-(2); those sales represented the "value of the property" cited in the Victim and Witness Protection Act of

2008, 18 U.S.C. § 3663(b)(1)(B)).  The parties, in the written plea agreement which they executed in conjunction with Picone's guilty plea on June 3, 2014, had stipulated previously that the total value of these counterfeit ICs – the "infringement amount" under the United States Sentencing Guidelines, *see* U.S.S.G. § 2B5.3 cmt. n.2 – was $352,076.  *See* Peter Picone Plea Agreement, dated June 3, 2014, ECF Doc. No. 60, at 13-15.  The government, however, determined subsequently, while preparing for the Court a breakdown of the individual victims and amounts owed, that some of the victims have gone out of business or are otherwise defunct. A copy of that breakdown is included in Attachment A to this application.  The total restitution owed to the remaining twenty-five victims is only $325,088.

Wherefore the parties jointly move the Court to reduce the total restitution amount ordered in the above-captioned case from $352,076 to $325,088, but otherwise to leave the judgment in this matter unchanged.  A proposed order is included in Attachment B to this application.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY


/s/ Sarala V. Nagala
SARALA NAGALA
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
157 CHURCH STREET; 23RD FLOOR
NEW HAVEN, CT  06510
(203) 821-3700


EVAN WILLIAMS
SENIOR COUNSEL
COMPUTER CRIME &
 INTELLECTUAL PROPERTY SECTION
UNITED STATES DEPARTMENT OF JUSTICE
1301 NEW YORK AVENUE, N.W., STE. 600
WASHINGTON, D.C.  20530
(202) 307-0135


JEFFREY DENNER, ESQ.
COUNSEL TO PETER PICONE

3

## CERTIFICATE OF SERVICE

I hereby certify that on January __6__, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF.


/S/
SARALA NAGALA
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
DISTRICT OF CONNECTICUT

**ATTACHMENT A**

| Manufacturer (OEM) | Restitution Amount |
|---|---|
| Advanced Micro Devices | $18,115.00 |
| Agilent Technologies | $840.00 |
| Allegro Microsystems, LLC | $290.00 |
| Altera Corporation | $32,778.00 |
| Analog Devices, Inc. | $11,343.00 |
| Conexant | $2,000.00 |
| Cypress Semiconductor | $6,883.00 |
| Epson Electronics America, Inc. | $305.00 |
| Fairchild Semiconductor Corporation | $667.00 |
| Freescale Semiconductor (Motorola) | $32,918.00 |
| Harris | $923.00 |
| Hitachi | $2,155.00 |
| Intel Corporation (Chips and Technologies LLC) | $1,755.00 |
| Intersil Corporation (Xicor) | $3,052.00 |
| Linear Technology | $6,018.00 |
| Maxim Integrated (Dallas Semiconductor) | $1,000.00 |
| NEC Corporation of America (Nippon Electric Company) | $4,181.00 |
| NXP Semiconductors (Philips) | $21,168.00 |
| RFMD, Inc. (Micro Linear Corp) | $7,610.00 |
| Seagate | $18,993.00 |
| Sharp | $2,019.00 |
| Texas Instruments Inc. (Burr Brown & National Semiconductor) | $30,767.00 |
| Toshiba America Electronic Components, Inc. | $18,229.00 |
| Xilinx, Inc. | $75,868.00 |
| Zilog Inc. | $25,211.00 |
| TOTAL RESTITUTION | $325,088.00 |

**ATTACHMENT B**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | : | Case No. 3:13-cr-00128 (AWT) |
|---|---|---|
| | : | |
| v. | : | |
| | : | |
| PETER PICONE | : | |

## ORDER MODIFYING RESTITUTION

UPON the joint motion of the United States Attorney for the District of Connecticut Deirdre M. Daly, by Assistant United States Attorney Sarala Nagala and Senior Counsel Evan Williams of the United States Department of Justice, and the defendant Peter Picone, by and with his counsel Jeffrey Denner, Esq.,

AND finding that the total restitution amount, $352,076, which the defendant was ordered to pay by judgment of this Court issued October 6, 2015, convicting the defendant of conspiracy to traffic in counterfeit military goods, in violation of Title 18, United States Code, Section 2320(a)(3), should be reduced to reflect the fact that some of the defendant's victims were corporations which have gone out of business or are otherwise defunct, it is hereby

ORDERED that the total restitution amount the defendant must pay pursuant to the Court's previously ordered judgment of guilt in the above-captioned matter shall be reduced to $325,088, and that all other conditions of the judgment shall continue.

Hartford, Connecticut
January ___, 2016

_____
THE HONORABLE ALVIN W. THOMPSON
UNITED STATES DISTRICT COURT JUDGE